Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | ) |
| | ) |
| BENNETT JR., JAMES DALE | )   Case No. 5-10-51979 |
| BENNETT, SAMANTHA WILLIAMS | ) |
| | ) |
| Debtor(s) | )   Chapter 7 |
| | ) |

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:   11/8/2011

/s/ John G. Leake
JOHN G. LEAKE
P O Box 526
Harrisonburg, VA  22803
(540) 434-7425

Date: 11/08/11                          Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 5-10-51979 - BENNETT JR., JAMES DALE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American InfoSource LP as agent for WFNNB as assignee of New York & Co PO Box 248872 Oklahoma City, OK 73124-8872 | 000004 | 231.14 | 1.34 |
| American InfoSource LP as agent for WFNNB as assignee of Victoria's Secret PO Box 248872 Oklahoma City, OK 73124-8872 | 000008 | 267.67 | 1.56 |
| ---------- Remittance Total -------------- | | 498.81 | 2.90 |

*[signature]*

JOHN G. LEAKE, TRUSTEE

COURT1                                                Printed: 11/08/11 11:04 AM   Ver: 16.04e